# United States District Court
## Southern District of Georgia

RICKY TURNER

_____  Case No.  6:21-cv-00030-JRH-CLR
Plaintiff

v.  CMFG LIFE INSURANCE     Appearing on behalf of
COMPANY                       Defendant
_____  _____
Defendant                     (Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __26th__ day of __April__ , __2021__ .

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Kristen Reilly |
| Business Address: | Faegre Drinker Biddle & Reath LLP |
| | Firm/Business Name |
| | 1500 K Street, N.W. |
| | Street Address |
| | Suite 1100 / Washingtotn / DC / 20005 |
| | Street Address (con't) / City / State / Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 / City / State / Zip |
| | (202) 230-5231 |
| | Telephone Number (w/ area code) / Georgia Bar Number |
| Email Address: | Kristen.Reilly@faegredrinker.com |